```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 09411
   CLEVELAND TAYLOR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4116


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/16/2005 and was confirmed 07/11/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/28/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
AMERIQUEST MORTGAGE        CURRENT MORTG        .00              .00            .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE     493.12              .00         493.12
AMERIQUEST MORTGAGE        CURRENT MORTG        .00              .00            .00
AMERIQUEST MORTGAGE        MORTGAGE ARRE     526.34              .00         526.34
CHAPEL FUNDING CORPORATI   CURRENT MORTG        .00              .00            .00
CHAPEL FUNDING CORPORATI   MORTGAGE ARRE    1361.00              .00        1361.00
THE BANK OF NEW YORK       CURRENT MORTG        .00              .00            .00
THE BANK OF NEW YORK       MORTGAGE ARRE    6640.88              .00        6640.88
NATIONAL CITY BANK OF IN   CURRENT MORTG        .00              .00            .00
NATIONAL CITY BANK OF IN   MORTGAGE ARRE     751.94              .00         751.94
GREENTREE                  CURRENT MORTG        .00              .00            .00
GREENTREE                  MORTGAGE ARRE    1709.78              .00        1709.78
HOMECOMINGS FINANCIAL      SECURED NOT I  161039.36              .00            .00
HOMECOMINGS FINANCIAL      SECURED NOT I        .00              .00            .00
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00              .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE        .00              .00            .00
LITTON LOAN SERVICING      CURRENT MORTG        .00              .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE    2157.58              .00        2157.58
JP MORGAN CHASE BANK       CURRENT MORTG        .00              .00            .00
JP MORGAN CHASE BANK       MORTGAGE ARRE    1185.08              .00        1185.08
SILVERLEAF RESORTS         CURRENT MORTG        .00              .00            .00
SILVERLEAF RESORTS         UNSEC W/INTER NOT FILED               .00            .00
STATE FARM BANK FSB        CURRENT MORTG        .00              .00            .00
STATE FARM BANK FSB        MORTGAGE ARRE    7512.77              .00        7512.77
STATE FARM BANK            CURRENT MORTG        .00              .00            .00
AMERICAN GENERAL FINANCE   SECURED          4375.00           375.09        4375.00
AMERICAN GENERAL FINANCE   UNSEC W/INTER    1127.60            95.87        1127.60
CITY OF CHICAGO WATER DE   SECURED           266.00              .00         266.00
CITY OF CHICAGO WATER DE   SECURED           355.00              .00         355.00
CITY OF CHICAGO WATER DE   SECURED           228.00              .00         228.00
CITY OF CHICAGO WATER DE   SECURED           325.00              .00         325.00
CITY OF CHICAGO WATER DE   SECURED           129.00              .00         129.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 09411 CLEVELAND TAYLOR
```

Case 05-09411    Doc 115    Filed 02/27/08    Entered 02/27/08 18:09:24    Desc Main
                    Document      Page 2 of 3

```
CITY OF CHICAGO WATER DE UNSEC W/INTER NOT FILED            .00          .00
CITY OF CHICAGO WATER DE SECURED          157.00            .00       157.00
CITY OF CHICAGO WATER DE UNSEC W/INTER NOT FILED            .00          .00
CITY OF CHICAGO WATER DE SECURED          261.00            .00       261.00
CITY OF CHICAGO WATER DE UNSEC W/INTER NOT FILED            .00          .00
CODILIS & ASSOCIATES ^   NOTICE ONLY   NOT FILED            .00          .00
COOK COUNTY TREASURER    SECURED             .00            .00          .00
COOK COUNTY TREASURER    SECURED             .00            .00          .00
COOK COUNTY TREASURER    UNSEC W/INTER       .00            .00          .00
COOK COUNTY TREASURER    SECURED             .00            .00          .00
COOK COUNTY TREASURER    UNSEC W/INTER NOT FILED            .00          .00
COOK COUNTY TREASURER    SECURED             .00            .00          .00
COOK COUNTY TREASURER    UNSEC W/INTER NOT FILED            .00          .00
AMERICAN GENERAL FINANCE UNSEC W/INTER NOT FILED            .00          .00
CITY OF CHICAGO ACCOUNTS UNSEC W/INTER NOT FILED            .00          .00
CITY OF CHICAGO PARKING  UNSEC W/INTER    50.00            4.31        50.00
COMMONWEALTH EDISON      UNSEC W/INTER   962.62           81.82       962.62
DUTTON & DUTTON          NOTICE ONLY   NOT FILED            .00          .00
FISHER & SHAPIRO         NOTICE ONLY   NOT FILED            .00          .00
HELLER & FRISONE         NOTICE ONLY   NOT FILED            .00          .00
ECAST SETTLEMENT CORP    UNSEC W/INTER  1392.68          118.30      1392.68
KROPIK PAPUGA & SHAW     NOTICE ONLY   NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER       .00            .00          .00
PIERCE & ASSOC           NOTICE ONLY   NOT FILED            .00          .00
RESURGENT ACQUISITION LL UNSEC W/INTER  1085.92           92.28      1085.92
UNION PLUS               UNSEC W/INTER NOT FILED            .00          .00
VILLAGE OF HILLSIDE      UNSEC W/INTER NOT FILED            .00          .00
SILVERLEAF RESORTS       SECURED NOT I     .00             .00          .00
TALAN & KTSANES          FILED LATE     1000.00             .00          .00
CITY OF CHICAGO WATER DE SECURED NOT I     .00             .00          .00
SELECT LEGAL PC          DEBTOR ATTY   1,394.00                      1,394.00
TOM VAUGHN               TRUSTEE                                     1,880.32
DEBTOR REFUND            REFUND                                         23.70

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               37,119.00

PRIORITY                                         .00
SECURED                                    28,434.49
    INTEREST                                  375.09
UNSECURED                                   4,618.82
    INTEREST                                  392.58
ADMINISTRATIVE                              1,394.00
TRUSTEE COMPENSATION                        1,880.32
DEBTOR REFUND                                  23.70
                                    ---------------     ---------------

              PAGE  2 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 09411 CLEVELAND TAYLOR
```

```
TOTALS                                    37,119.00              37,119.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08
                                      /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE